**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 1:09-cv-00490-SS |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Shayna Stern will appear as counsel on behalf of Plaintiff, United States of America.  Please direct notices, pleadings, orders, and other papers to the undersigned at the address listed below.

Shayna Stern
DC Bar No. 1617212
Trial Attorney
150 M Street, NE
Washington, DC  20002
Telephone: (202) 598-0485
Shayna.Stern2@usdoj.gov


Dated:  September 1, 2021                    Respectfully submitted,

*/s/ Shayna Stern*_____

**SHAYNA STERN**
DC Bar No. 1617212
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, NE
Washington, DC  20002
Telephone: (202) 598-0485
Shayna.Stern2@usdoj.gov

1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on September 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case.

*/s/ Shayna Stern*_____
**SHAYNA STERN**
Trial Attorney