UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 1:09-cv-00490-LY |
| ) | |
| v. ) | |
| ) | |
| STATE OF TEXAS, et al., ) | |
| ) | |
| Defendants. ) | |

## ~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO MODIFY THE JUNE 29, 2009 ORDER

For good cause shown, and in consideration of the Parties' Joint Motion to Modify the June 29, 2009 Order, the Court hereby GRANTS the Joint Motion; modifies the terms of the Court's June 29, 2009 Order, ECF No. 4, to conform to the Parties' Amended Agreement; and continues its retained jurisdiction to enforce the Agreement as modified by the Amended Agreement, the terms of which are incorporated herein by reference.

SIGNED this 7th day of September, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE