UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 1:09-cv-00490-LY |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT REGARDING MONITOR'S MOTION FOR PROTECTIVE ORDER

Pursuant to the Court's Order dated September 23, 2022, ECF No. 40, the United States and the State of Texas submit this Joint Status Report regarding Monitor's Motion for Protective Order, ECF No. 31. Following the September 23, 2022 teleconference with the Court, the Parties, Ms. Maria Laurence ("Monitor Laurence"), and Dr. Alan Harchik ("Monitor Harchik") (collectively "the Monitors") met on October 3, 2022, to confer about the disposition of the documents at issue in the Motion.

As a result of this discussion, the State proposed that the Parties resolve the issues identified in the Motion for Protective Order by agreeing that Monitor Laurence would turn over the documents in her possession, custody, and control related to her work as a monitor in this case to Monitor Harchik, who would maintain those records during the pendency of this case or until they can be passed on to a successive monitor in the event Monitor Harchik leaves while the case remains pending. The Monitors and the United States accepted the State's proposal. Both the United States and the State reserve the right to seek relief regarding the final disposition of the records at the conclusion of this matter.

In an email dated October 13, 2022, Monitor Laurence agreed to convey the relevant documents in her possession, custody, and control to Monitor Harchik on a secure hard drive via a delivery service using package tracking no later than November 30, 2022.

The Parties now respectfully request that the Court enter the attached proposed Order denying the Monitor's Motion for Protective Order as moot. The Monitors have notified the Parties that they agree to this request.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney
Western District of Texas

LIANE NOBLE (TX Bar No. 24079059)
Assistant United States Attorney
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Telephone: (512) 370-1252
Liane.Noble@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

BENJAMIN O. TAYLOE, JR.
Deputy Chief
Special Litigation Section

KYLE STOCK (NM Bar No. 141653)
SHAYNA STERN (DC Bar No. 1617212)
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20002
Telephone: (202) 532-3880
Kyle.Stock@usdoj.gov

*Counsel for the United States*

2

KEN PAXTON
Attorney General of Texas

/s/ *signature*

CHRISTOPHER D. HILTON
Chief
KIMBERLY GDULA
Deputy Chief
TX Bar No. 24052209
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone No.: (512) 463-2120
Fax No.: (512) 320-0667

CERTIFICATE OF SERVICE

    I hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing Joint Status Report Regarding Monitor's Motion for Protective Order, in accordance with the Electronic Case Filing System of the Western District of Texas on this 20th day of October, 2022, which will send notification to the following:

KIMBERLY GDULA
Deputy Chief
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711

KYLE STOCK
Trial Attorney
Special Litigation Section

    I hereby also certify that I have mailed and emailed a true and correct copy of the above and foregoing Joint Status Report Regarding Monitor's Motion for Protective Order on this 20th day of October, 2022, to the following:

MARIA LAURENCE
Monitor
15 Stanford Road
Franklin, MA 02038

ALAN HARCHIK
Monitor
2188 Devon Cir.
Ann Arbor, MI 48105

KYLE STOCK
Trial Attorney
Special Litigation Section

4