**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 1:09-cv-00490-DAE |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO DISMISS

The parties, the United States and the State of Texas, have moved to dismiss this case with prejudice. Having considered the motion, and for good cause shown, the Court is of the opinion that the motion should be **GRANTED**. (Dkt. # 51).  It is, therefore, ORDERED that this case is **DISMISSED WITH PREJUDICE.**

SIGNED this 15th day of __May__, 2026.

_____
HONORABLE DAVID A. EZRA
SR. UNITED STATES DISTRICT JUDGE